```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 09804
    CHARMAINE LATIMORE
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-6783

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/12/2006 and was confirmed 11/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                            PAID             PAID
--------------------------------------------------------------------------
FNAC/CARMAX AUTO FINANCE  SECURED VEHIC   12805.00          1984.87          3984.69
AMERICAN HOME MTG         CURRENT MORTG       .00               .00              .00
AMERICAN HOME MTG         MORTGAGE ARRE    3118.90              .00          3118.90
ECMC                      UNSECURED       31139.88              .00              .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00              .00
NELNET LOAN SERVICES INC  UNSECURED       NOT FILED            .00              .00
PEOPLES GAS & LIGHT       UNSECURED        1723.13              .00              .00
FNAC/CARMAX AUTO FINANCE  UNSECURED         206.16              .00              .00
ISAC IDAPP                UNSECURED        1992.56              .00              .00
OPTION ONE MORTGAGE       SECURED NOT I     150.00              .00              .00
ECAST SETTLEMENT CORP     UNSECURED         799.96              .00              .00
NELLA E MARIANI           DEBTOR ATTY      1,300.00                           1,300.00
TOM VAUGHN                TRUSTEE                                               741.54
DEBTOR REFUND             REFUND                                                   .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS                 DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               11,130.00

PRIORITY                                                  .00
SECURED                                              7,103.59
    INTEREST                                         1,984.87
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,300.00
TRUSTEE COMPENSATION                                   741.54
DEBTOR REFUND                                             .00
                      --------------           --------------
TOTALS                    11,130.00                11,130.00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 09804 CHARMAINE LATIMORE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |